## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:05cr99LAC

ROBERT HEWITT

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 17, 2006

Motion/Pleadings:  MOTION TO GRANT POST-SENTENCE RELEASE AND TO ALLOW HIM TO SURRENDER AT HIS DESIGNATED FACILITY

Filed by DEFENDANT   on 1/13/06   Doc.# 282

RESPONSES:

                                      on   Doc.#
                                      on   Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of January, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)*

                                                                s/*L.A. Collier*
                                                            ***LACEY A. COLLIER***
                                            *Senior United States District Judge*

Entered On Docket: _____   By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.