# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                          CASE NO.  3:05cr99LAC

ROBERT HEWITT

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on January 24, 2005

Motion/Pleadings: MOTION TO RELEASE/DISBURSEMENT OF BOND

Filed by DEFENDANT     on 1/23/05     Doc.# 302

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

\_\_\_ Stipulated     \_\_\_ Joint Pldg.
\_\_\_ Unopposed     \_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of January, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

                                               *s/L.A. Collier*
                                               ***LACEY A. COLLIER***
                                 *Senior United States District Judge*

```
Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.